

# NUMBER 13-19-00385-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ANTONIO TREVINO,                                                                     Appellant,

v.

THE STATE OF TEXAS,                                                                     Appellee.

### On appeal from the 214th District Court of Nueces County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

This cause is before the Court regarding the preparation of the court reporter's record in this cause. According to reporter Valerie Saenz, appellant has not made payment arrangements for the record.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(2). Accordingly,

this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine the following:   1) whether appellant desires to prosecute the appeal; 2) whether retained counsel has abandoned the appeal; 3) whether appellant is indigent; 4) if appellant is indigent, whether new counsel should be appointed to represent appellant on appeal; 5) whether appellant is entitled to have the reporter's record furnished without charge; 6) if appellant is not entitled to have the reporter's record furnished at no charge, the date appellant will request preparation and make acceptable payment arrangements for the reporter's record; and 7) what orders, if any, should be entered to assure the filing of appropriate notices and documentation to dismiss appellant's appeal if appellant does not desire to prosecute this appeal, or if appellant desires to prosecute the appeal, to assure that the reporter's record will be filed promptly and that the appeal will be diligently pursued.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this
27th day of November, 2019.

2